IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CR. NO. 1:07po 82-SRW |
| | ) [18 U.S.C. 13; Code of Ala.13A-11-8] |
| v. | ) |
| | ) |
| BRIAN P. FARLEY | ) INFORMATION |

2007 APR 19   P 3: 44

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

The United States Attorney charges:

On or about the 24th of July, 2006, and the 17th of October 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, BRIAN P. FARLEY did intentionally harass a person; to wit: Intentionally grab Mrs. Lynette Dziadosz in the buttocks, in violation of Title 18, Section 13, United States Code, and Alabama Code 13A-11-8(a).

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*Kent Brunson*
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

*[signature]*
NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9807

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | AFFIDAVIT |
| | ) | |
| DALE COUNTY | ) | |

The undersigned, being first duly sworn, deposes and says:

I am a Criminal Investigation Division (CID) Investigator at Fort Rucker, Alabama. Investigation revealed that on or about the 24th of July, 2006, and on or about the 17th of October 2006, BRIAN P. FARLEY grabbed Mrs. Dziadosz on the buttocks while she was working at her cash register at the Fort Rucker Commissary. On October 20, 2006, Mrs. Dziadosz provided a sworn statement in which she described both incidents, and described BRIAN P. FARLEY as being volatile, scary, and threatening. On October 24, 2006, BRIAN P. FARLEY was advised of his legal rights, which he waived and provided a sworn statement, wherein he denied ever touching Mrs. Dziadosz. On October 25, 2006, BRIAN P. FARLEY produced another sworn statement, in which he admitted that he smacked Mrs. Dziadosz on the buttock with his hand on or about October 17, 2006. Denver A. Sizemore, a cashier at the Commissary, also provided a sworn statement in which he stated that on one occasion he witnessed BRIAN P. FARLEY touch Mrs. Dziadosz on the buttocks.

_____
JEFFERY C. BOOTH, Special Agent, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this 28 day of Feb 2007.

_____
NOTARY PUBLIC

My commission expires: November 23, 2009