UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No. 1:07-PO-00082--SRW |
| | ) | |
| BRIAN FARLEY | ) | |

**O R D E R**

Upon consideration of the Motion for Leave to Dismiss Information (Doc. # 7), filed June 28, 2007, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is GRANTED.

It is, therefore, CONSIDERED, ORDERED, ADJUDGED and DECREED by the Court that said motion be and the same is hereby GRANTED.

DONE, this 29th day of June, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE